# Exhibit B

## Kaaren Shalom

**From:** Natalie Arbaugh
**Sent:** Thursday, June 09, 2011 1:19 PM
**To:** Kaaren Shalom; Cindy Burgwin; Dolores Puente
**Subject:** FW: Contact Info

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**From:** John Lozano [mailto:jmllawoffice2000@yahoo.com]
**Sent:** Thursday, June 09, 2011 1:18 PM
**To:** Natalie Arbaugh
**Subject:** RE: Contact Info

yes, up to if and when my client discharges me.

--- On **Thu, 6/9/11, Natalie Arbaugh** <*Arbaugh@fr.com*> wrote:

From: Natalie Arbaugh <Arbaugh@fr.com>
Subject: RE: Contact Info
To: jmllawoffice2000@yahoo.com
Cc: "Kaaren Shalom" <shalom@fr.com>, "Cindy Burgwin" <Burgwin@fr.com>, "Dolores Puente" <puente@fr.com
Date: Thursday, June 9, 2011, 1:13 PM

John,

Can we have an agreement that we can serve each other in both of these cases by email (La Cabana and El Norteno)

Natalie

**From:** Natalie Arbaugh
**Sent:** Wednesday, May 25, 2011 11:20 AM
**To:** jmllawoffice2000@yahoo.com
**Cc:** Natalie Arbaugh; Kaaren Shalom
**Subject:** Contact Info

John

1

It was nice to meet you today. Here is my contact information.


Natalie


**Natalie L. Arbaugh**
*Principal*

Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
214-292-4076 (direct)
214-747-2091 (fax)
arbaugh@fr.com

*****************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and pr:
Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact
email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachme
or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal
promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-:
*****************************************************************************************